# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| V. | § | A-17-CV-1145-RP |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER

Before the Court is YETI's Opposed Motion for Status Conference (Dkt. No. 77), as well as Walmart's Response (Dkt. No. 80); and YETI's Reply (Dkt. No. 81). The District Court referred the above motions to the undersigned for determination pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules.

YETI requests that the Court schedule a 30-minute telephonic status conference to help the parties resolve discovery issues. Though the Court is not pleased that discovery issues are arising this early in the case, it will set the requested status conference in an attempt to stave off further problems. Accordingly, the Court **GRANTS** YETI's Opposed Motion for Status Conference (Dkt. No. 77). The Court's Courtroom Deputy Clerk, James Ferrell, will contact the attorneys to schedule the conference.

SIGNED this 25 day of October, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE